# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

137625

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

STATE AUTO PROPERTY & CASUALTY
INSURANCE COMPANY,
            Plaintiff-Appellee,

v

A-3, INC., CHRIS CORTESE, and
LISA CORTESE,
            Defendants-Appellants.

SC: 137625
COA: 276535
Kent CC: 05-003202-NO

_____/

On order of the Court, the application for leave to appeal the September 25, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

_____
Clerk

p0316